No. 77–5087.  MATA v. AARON, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 77–5088.  GRAMLICH ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–5089.  GWIN v. THOMPSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 77–5091.  MORGAN v. MOYLE.  C. A. 9th Cir.  Certiorari denied.

No. 77–5094.  NAMENSON v. VALLENCOURT.  C. A. 1st Cir.  Certiorari denied.

No. 77–5096.  CARTER v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 77–5098.  UPTAIN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–5100.  PANKEY ET AL. v. BORDENKIRCHER, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 77–5102.  JONES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–5103.  OLIVAS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 77–5108.  BROUSSARD v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 77–5109.  NUNEZ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 77–5110.  McDONALD v. TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 77–5113.  VANASCO v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.